UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 26-3062-E | Date | June 4, 2026 |
|---|---|---|---|

| Title | MARCELINA SUASTEGUI VICTORIAN v. FERETI SEMAIA, ET AL. |
|---|---|

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**          **Attorneys Present for Defendants:**
              None                                              None

**Proceedings:**          **(IN CHAMBERS)**

        In view of General Order No. 26-05 and Petitioner's failure to file this action until a year after the subject re-detention (and months after the subject bond denials), Petitioner's "Application for Temporary Restraining Order, etc.," filed June 4, 2026, is denied without prejudice.  See, e.g, Perez v. City of Petaluma, 2021 WL 3934327, at *1(N.D. Cal. Aug. 13, 2021) (and cases cited therein).

cc:     All Counsel of Record

                                    Initials of Deputy Clerk  bm